IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:10CR104 |
| v. | ) | |
| | ) | |
| TERRY SCOTT WELCH. | ) | |

FILED
CHARLOTTE, NC

JUN 3 0 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER TO ACCEPT AND DEPOSIT
## EARLY PAYMENT OF RESTITUTION

A motion having been duly brought before this Court for an order directing the Clerk of Court to accept pre-payment of restitution in this matter, and the Court having considered the same, the Court finds that the Clerk of Court will accept and deposit pre-payment of restitution.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that

1. The restitution payment, in an approximate amount of $12,934,545, will be accepted by the Clerk of Court in this case and the funds will be deposited into the Registry of the Court; and

2. The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed this the 30 day of June, 2011.

UNITED STATES DISTRICT JUDGE